# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/17

**MEMO ENDORSED**

August 28, 2017

VIA EMAIL
Honorable Jed S. Rakoff
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re.  United States v. Charlie Shrem,
     14 CR 243 (JSR)

Dear Judge Rakoff:

This letter reflects a joint telephone call held earlier today between this Court's chambers, AUSA Daniel Noble and the undersigned counsel for Charlie Shrem addressing counsel's application that this Court modify Mr. Shrem's terms of supervised release to allow Mr. Shrem to travel to Europe for his honeymoon. Specifically, Mr. Shrem would travel to the following locations: 9/21/17 - Florida to Greece; 9/26/17 - Greece to Italy; 10/5/17 - Italy to France; and 10/12/17 - France to Florida.

In advance of his trip, Mr. Shrem will provide the Probation Department with his flight itinerary and the exact location where he will be staying.

Counsel hereby requests, with the consent of the Government and the Probation Department, that this Court grant defendant's application.

Respectfully submitted,

Jacob Kaplan, Esq.

cc:  AUSA Daniel Noble (via email)

SO ORDERED

/s/ Jed S. Rakoff
USDJ
8-29-17