Robert M Faiella            3            364868 - RTB
Docket Number: 14 CR 243-01 (JSR)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/17

THE COURT ORDERS:

[✓] Transfer of Jurisdiction to the District of New Hampshire **APPROVED**

[ ] Transfer of Jurisdiction to the District of New Hampshire **DENIED**

[ ] Other

_____
Honorable Jed S. Rakoff
Senior U.S. District Judge

11/11/17
Date